16922.　FARRAR LUMBER COMPANY *v.* BURKHART.

BROYLES, C. J.　The verdict was authorized by the evidence, and none of the special grounds of the motion for a new trial (several of which are too defective and incomplete to be considered) show cause for a reversal of the judgment below.

　　　　　　　*Judgment affirmed.　Luke and Bloodworth, JJ., concur.*

　　　　　　　　　　DECIDED JANUARY 12, 1926.

Garnishment; from Whitfield superior court—Judge Tarver. September 26, 1925.

*F. K. McCutchen,* for plaintiff in error.

*Maddox, Maddox & Mitchell,* contra.